**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODRIGO GREGORIO-RODRIGUEZ, <br><br> Petitioner, <br><br> v. <br><br> TODD BLANCHE, U.S. Attorney General, et al., <br><br> Respondents. | Case No.:  26cv3314 DMS (DEB) <br><br> **ORDER GRANTING REQUEST FOR APPOINTMENT OF COUNSEL** |

On May 29, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 along with a motion for a temporary restraining order and a motion for appointment of counsel.

Pursuant to Chief Judge Order No. 134-A, Petitioner's motion for appointment of counsel is granted.  Federal Defenders of San Diego, Inc. ("FDSDI") is hereby appointed as counsel, effective immediately.  The Clerk of Court shall provide notice of this appointment to FDSDI through CAS_2241@fd.org.  On or before June 17, 2026, FDSDI shall file a status report or an amended petition.  After receipt of that filing, the Court will issue a briefing schedule on the merits.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents

26cv3314 DMS (DEB)

**MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

   **IT IS SO ORDERED.**

Dated:  June 3, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv3314 DMS (DEB)